*Shimel* for respondent.

No. 673. LEVINE *v.* SHELL EASTERN PETROLEUM PRODUCTS, INC. March 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. A. Alan Lane* and *Alexander Wolf* for petitioner. *Mr. F. Wright Moxley* for respondent.

No. 674. SUN-HERALD CORP. *v.* DUGGAN, COLLECTOR OF INTERNAL REVENUE. March 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Neil P. Cullom* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Frederick W. Dewart* for respondent.

No. 682. NORTHERN KENTUCKY TELEPHONE Co. *v.* SOUTHERN BELL TELEPHONE & TELEGRAPH Co. ET AL. March 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. M. J. Hennessey* for petitioner. *Mr. John C. Doolan* for respondents.

No. 683. NORTHERN TRUST Co., EXECUTOR, *v.* EDENBORN. March 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Sidney L. Herold* for petitioner. *Messrs. R. E. Milling, A. B. Freyer,* and *R. C. Milling* for respondent.

No. 684. MANN *v.* EDENBORN. March 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals